United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 23, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-60078
Summary Calendar

ZIAUR RAHMAN OMAR,

Petitioner,
versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A79 509 049
--------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Ziaur Rahman Omar, a native and citizen of Afghanistan, petitions this court for review of the Board of Immigration Appeals' (BIA) decision denying his application for asylum and withholding of deportation. In rejecting Omar's appeal, the BIA adopted the Immigration Judge's (IJ) findings that Omar lacked credibility. We hold that the IJ's credibility findings were reasonable and supported by substantial evidence. See Chun v. INS,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

40 F.3d 76, 79 (5th Cir. 1994).  Accordingly, Omar's pro se petition for review is DENIED.